UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:11-00132 |
| ) | Chief Judge Haynes |
| HAWO OSMAN AHMED ) | |

## MOTION TO PREVENT COLLECTIVE REFERENCE TO THE DEFENDANTS

COMES NOW Defendant **Hawo Ahmed**, by and through undersigned counsel, and respectfully moves this Honorable Court for the entry of an Order preventing the government and/or its witnesses from referring to the defendants collectively unless a common fact applies to every defendant. To allow such a collective reference would be misleading and confusing to the jury and will cause undue prejudice to the accused. Thus, the government should be prevented from making broad allegations against the collective group at trial.

WHEREFORE, Defendant Ahmed respectfully requests that the instant Motion be granted.

Respectfully submitted,

s/ Benjamin H. Perry
BENJAMIN H. PERRY
40 Music Square East, Suite 100
Nashville, TN 37203
(615) 242-4200
ben@benperrylaw.com
*Attorney for Defendant Hawo Osman Ahmed*

[Handwritten annotations in margin: "OUNSEL Given the two contrary counts for these Defendants, this motion is DENIED where the defendants do to a conspiracy count. [signature] 7-8-13"]

1