UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:11-00132 |
| | ) Chief Judge Haynes |
| HAWO OSMAN AHMED | ) |

**MOTION FOR ADDITIONAL PEREMPTORY CHALLENGES AND THE RIGHT TO EXERCISE THOSE CHALLENGES INDEPENDENTLY AFTER CONSULTATION**

COMES NOW Defendant **Hawo Ahmed**, by and through undersigned counsel, and, pursuant to the Fifth, Sixth and Fourteenth Amendments to the United States Constitution, respectfully moves this Honorable Court to grant her and her co-defendants additional peremptory challenges. Defendant Ahmed further moves that the defendants' peremptory challenges be distributed evenly amongst the defendants for their own individual use after consultation amongst the attorneys.

In support hereof, a Memorandum of Law is filed contemporaneously herewith.

Respectfully submitted,

s/ Benjamin H. Perry
BENJAMIN H. PERRY
40 Music Square East, Suite 100
Nashville, TN 37203
(615) 242-4200
ben@benperrylaw.com
*Attorney for Defendant Hawo Osman Ahmed*

[Handwritten annotation in right margin:]
ORDER
Memorandum is GRANTED to allow each defendant 10 challenges that will be decided without consultation. The government is assigned 12 challenges in proportion reflected in Fed. R. Crim. P. 24(b)(2).
[signature]
US DJ
7-8-13

1

Case 3:11-cr-00132  Document 163  Filed 06/24/13  Page 1 of 2 PageID #: 825