UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:11-00132 |
| | ) | Judge Haynes |
| HAWO OSMAN AHMED | ) | |

## JOINT MOTION TO RESCHEDULE PRETRIAL CONFERENCE

**COME NOW** Defendants, **Hawo Ahmed** and **Ifrah Yassin** and the **United States of America**, by and through their undersigned counsel, and hereby move this Honorable Court for the entry of an Order resetting the pretrial conference scheduled for today until anytime on Monday, July 22, 2013, or, if that is not possible, after 3:30 p.m. on Friday, July 12, 2013. In support hereof, the parties state as follows:

1. The parties were unaware that the Court's Order set a pretrial conference for 1:30 p.m. today. (Docket Entry 745).

2. The parties would prefer that the pretrial conference be rescheduled at anytime on Monday, July 22, 2013.

3. If Monday, July 22, 2013 is not available, the parties would request that the pretrial conference be rescheduled after 3:30 p.m. on Friday, July 12, 2013.

**WHEREFORE**, based on the foregoing, the parties respectfully request that the instant Motion be granted.

*ORDER*

*This motion is GRANTED. The conference is set for July 12, 2013 at 3:30 pm.*

*[signature] 7-8-13*