UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:11-00132 |
| | ) Chief Judge Haynes |
| HAWO OSMAN AHMED | ) |

*[Handwritten annotation: ORDER: Based upon the statements of counsel, the motion is DENIED as moot, but without prejudice to renew at trial. /s/ [Judge signature] 7-15-13]*

## MOTION FOR GOVERNMENT WITNESSES TO REMAIN UNDER SUBPOENA UNTIL THE CONCLUSION OF THE DEFENSE PROOF

**COMES NOW** Defendant **Hawo Ahmed**, by and through undersigned counsel, and respectfully moves this Honorable Court for the entry of an Order requiring that the government's witnesses not be released from their subpoenas until after the close of the defense proof. In support hereof, Defendant Ahmed would state as follows:

1. As of this filing, the government's witnesses have not been identified. It is anticipated that many of the government's witnesses reside in and will be traveling from Minneapolis, Minnesota (or relatively nearby).

2. In order to effectively present her defense, it may be necessary for Defendant Ahmed to "recall" a government witness for impeachment, rebuttal, or other purposes.

3. Should the required witness have been previously released from his or her subpoena, there could be unnecessary delay to serve subpoenas in the midst of trial. The remoteness of anticipated witnesses further exacerbates this issue. Further, serving defense subpoenas (for the indigent defendants) by the United States Marshals Service will only add to the cost and workload required for trial.

**WHEREFORE**, Defendant Ahmed respectfully requests that the instant Motion be granted.

1